IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN DOE #055, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:24-CV-149-TAV-JEM |
| WILLIAM LEE, Governor of the State of Tennessee, in his official capacity, DAVID RAUSCH, Director of the Tennessee Bureau of Investigation, in his official capacity, | ) |
| Defendants. | ) |

## **ORDER**

This civil action is before the Court on plaintiff's motion for preliminary injunction [Doc. 7]. Even though the time for filing a response has passed, *see* E.D. Tenn. L.R. 7.1(a), the Court nonetheless finds that a response from defendants would be beneficial to the Court's review of the matter. Therefore, defendants are **ORDERED** to file a response to plaintiff's motion **within 10 days** of entry of this order.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE